BEFORE THE SECOND DIVISION, APRIL 24, 1941

**No. 45770.**—Protests 4135–K, etc., of Wm. Liddell & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.